FILED

OCT 16 2015

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LORI PETERSON, | \* | CIV 14-4145 |
| Plaintiff, | \* | |
| vs. | \* | |
| THE TRAVELERS INDEMNITY CO., d/b/a Travelers; THE PHOENIX INSURANCE COMPANY, d/b/a Travelers; THE CHARTER OAK FIRE INSURANCE COMPANY, d/b/a Travelers; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, d/b/a Travelers: THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, d/b/a Travelers; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, d/b/a Travelers; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, d/b/a Travelers; | \* | ORDER |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court will consider Plaintiff's Motion to Reconsider and Defendants may respond within fourteen (14) days from the date of this Order.

The Court also points out that even if the Court would ultimately reverse its own ruling, the fact that the Court after hours of consideration at least initially ruled for Defendants on all coverage questions, would not seem to bode well for Plaintiff's bad faith claim if this case gets to discovery and summary judgment phase. If the bad faith claim fails, then the Court will be without jurisdiction. This observation does not weigh on the actual question of whether or not there is coverage, but it will be a subsequent concern of the Court if coverage is after all found to exist.

IT IS ORDERED:

1. That Plaintiff's Motion to Reconsider is granted.

2. That Defendants may file a response within fourteen (14) days of the date of this Order.

Dated this 16th day of October, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By  Bob Peterson
Deputy