UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LORI PETERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY, ET AL, ALL D/B/A "TRAVELERS"<br><br>　　　　Defendants. | CIV. 14—4145 (LLP)<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Plaintiff, Lori Peterson, hereby appeals to the 8th Circuit Court of Appeals, from the following:

1. The decision of Lawrence L. Piersol, United States District Judge, dated October 6, 2015.  A true and correct copy of this Order is attached hereto as Exhibit 1.

2. The Judgment of Dismissal, dated October 6, 2015.  A true and correct copy of this Judgment is attached hereto as Exhibit 2.

3. The Order Denying Motion to Reconsider, dated November 24, 2015.  A true and correct copy of this Order is attached hereto as Exhibit 3.

4. The Order Dismissing the Case, dated November 24, 2015.  A true and correct copy of this Order is attached hereto as Exhibit 4.

Dated this 18th day of December, 2015.

                    */s/ Daniel K. Brendtro*

                    _____
Daniel K. Brendtro
ZIMMER, DUNCAN AND COLE, L.L.P.
5000 S. Broadband Lane, Suite 119
Sioux Falls, SD 57108
(605) 361-9840
Daniel@zdclaw.com
*Attorney for Plaintiff*